UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Holly Schuetz

          Plaintiff,

v.          Case No.: 1:17−cv−06615

          Honorable Edmond E. Chang

National Railroad Passenger Corporation d/b/a AMTRAK, a District of Columbia corporation

          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 28, 2018:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: The parties report they have completed their settlement documentation. At the parties' request, the status hearing set for 8/28/18 is stricken. All matters relating to the referral of this case having been resolved, this matter is returned to the District Judge. Referral terminated. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.