IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOLLY SCHUETZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION, d/b/a AMTRAK,<br>a District of Columbia corporation.<br><br>　　　　　Defendant. | Case No.: 1:17-cv-06615<br><br>Honorable Edmond E. Chang |

## JOINT STIPULATION OF DISMISSAL

The parties to this action, by their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate the following:

1.　　The parties stipulate that all claims in this matter shall immediately be dismissed with prejudice in their entirety, with each party incurring its/their own attorneys' fees and costs.

Respectfully submitted,

By:　/s/ Jennifer M. Sender
　　　Jennifer M. Sender
　　　Andrés J. Gallegos
　　　Robbins, Salomon & Patt, Ltd.
　　　180 N. LaSalle, Suite 3300
　　　Chicago, Illinois 60601
　　　(312) 782-9000 - Telephone
　　　(312) 782-6690 - Facsimile
　　　jsender@rsplaw.com
　　　agallegos@rsplaw.com

　　　*Attorneys for Plaintiffs*

By:　/s/ Michael Wilder, Esq.
　　　Michael Wilder, Esq.
　　　Lavanga Wijekoon, Esq.
　　　Littler Mendelson, P.C.
　　　321 N. Clark, Ste. 1000
　　　Chicago, Illinois 60654
　　　(312) 372-5520
　　　mwilder@littler.com
　　　lwijekoon@littler.com

　　　*Attorneys for Defendant*

15J4063

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on September 5, 2018, she served a true and correct copy of the above JOINT STIPULATION OF DISMISSAL by filing the same with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Michael Wilder, Esq.
>Lavanga Wijekoon, Esq.
>Littler Mendelson
>321 N. Clark, Ste. 1000
>Chicago, Illinois 60654
>mwilder@littler.com
>lwijekoon@littler.com

>/s/Jennifer M. Sender
>Jennifer M. Sender (ARDC No. 6207774)
>Andrés J. Gallegos (ARDC No. 6212168)
>Attorneys for Plaintiffs
>Robbins, Salomon & Patt, Ltd.
>180 N. LaSalle, Suite 3300
>Chicago, Illinois 60601
>(312) 782-9000 - Telephone
>(312) 782-6690 - Facsimile
>jsender@rsplaw.com
>agallegos@rsplaw.com